No. 235. DONOVAN CONSTRUCTION CO. ET AL., DOING BUSINESS AS DONOVAN-JAMES COMPANY, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Philip Adams* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 236. ARP ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Norman B. Gray* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 237. DALY *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Robert A. Kahn* for petitioner. *Solicitor General Rankin* for the United States and the Federal Communications Commission, respondents.

No. 239. CHAS. KURZ & CO., INC., *v.* SOUTH CAROLINA STATE HIGHWAY DEPARTMENT. C. A. 4th Cir. Certiorari denied. *Charles W. Waring* for petitioner.

No. 243. MAJESIC *v.* UNITED STATES. Court of Claims. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 244. HACKENDORF, DOING BUSINESS AS SUN BEARING SUPPLY, *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *R. F. Roberts* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, John N. Stull, Robert N. Anderson* and *Fred E. Youngman* for the United States.